Entered on Docket
June 09, 2010

Hon. Michael S. McManus
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
10-70742

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 09-54448-gwz |
|---|---|
| Danny R. Fidenes and Maria Linda Fidenes | Date: 5/21/2010<br>Time: 1:30 p.m. |
| Debtors. | Chapter 13 |

### ORDER CONDITIONALLY VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated for the purposes of negotiating a loan modification as

to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, regarding the subject property described as 9315 Hummer Court, Reno, NV 89521, and legally described as follows:

> Lot 243 of Double Diamond Ranch Village 28B, according to the map thereof No. 4236, filed in the office of the County Recorder of Washoe County, State of Nevada on July 10, 2003 as Document No. 2886076 of Offical Records.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay is conditionally vacated for the purpose of a loan modificiation only.

Submitted by:

**WILDE & ASSOCIATES**

/S/GREGORY L. WILDE
_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED
_____
Nathan R. Zeltzer
Attorney for Debtor(s)

APPROVED / DISAPPROVED
_____
William Van Meter
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
    ___ The court waived the requirements of LR 9021.
    ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    ___ No parties appeared or filed written objections, and the trustee is the movant.
    _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
    _X_ approved the form of this order      ___ disapproved the form of this order
    ___ waived the right to review the order and/or      ___ failed to respond to the document
    ___ appeared at the hearing, waived the right to review the order
    ___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ___ approved the form of this order      ___ disapproved the form of this order
    ___ waived the right to review the order and/or      _x_ failed to respond to the document

    ___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    ___ approved the form of this order      ___ disapproved the form of this order
    ___ waived the right to review the order and/or      ___ failed to respond to the document
    ___ appeared at the hearing, waived the right to review the order
    ___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ___ approved the form of this order      ___ disapproved the form of this order
    ___ waived the right to review the order and/or      ___ failed to respond to the document

    ___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor